**PERLAN THERAPEUTICS, INC., Plaintiff–Appellant,**

v.

**NEXBIO, INC., Fang Fang, and Mang Yu, PhD, Defendants–Appellees.**

No. 2006–1621.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2007.

## ORDER

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Jeffrey D. COTTRELL, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–5115.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2007.

## ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.